CRIMINAL COMPLAINT
**(Electronically Submitted)**

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| **United States of America** <br> **v.** <br> **Garth Steven Hansen** <br> DOB: 1981; United States Citizen | DOCKET NO. <br><br> MAGISTRATE'S CASE NO. <br> 26-08406MJ |

| Complaint for a violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(8) |
|---|

On or about December 21, 2025, at or near Tucson, in the District of Arizona, **Garth Steven Hansen**, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearms, that is: one (1) AK-47 style rifle; one (1) .22 pump-action rifle; one (1) Remington rifle chambered in .280 Rem; one (1) Tan Canik 9mm pistol; one (1) 12-gauge shotgun; and one (1) Taurus Judge revolver; said firearms being in and affecting commerce in that they were previously transported into the state of Arizona from another state or foreign country; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On December 19, 2025, while investigating an incident that occurred on November 29, 2025, Tucson Police Department (TPD) detectives learned that **Garth Steven HANSEN** was a convicted felon who frequently carried a revolver. Detectives learned that **HANSEN** had multiple firearms hidden throughout his house and that at least five (5) firearms were in the home as of November 29, 2025.

On December 21, 2025, the TPD officers conducting surveillance of **HANSEN's** home observed him leaving his residence in a white GMC Acadia (license plate ACA1DR/AZ). Officers detained him at the intersection of Lakeside and Kolb, Tucson, Arizona. After **HANSEN** was detained, another officer maintained visual contact of his house. After **HANSEN's** arrest, a female was seen leaving his residence. She told TPD officers that she was in the process of moving into the house and was aware that **HANSEN** had firearms, although she did not know how many or what kind. Officers obtained a state telephonic search warrant to search **HANSEN's** vehicle and residence for firearms, firearm accessories, ammunition, and other evidence related to a pending investigation, including his buccal swabs. During the execution of the search warrant, TPD officers located several firearms, including the following:

- An AK-47 style rifle (serial number 1507280) in a soft case on the floor of the master bedroom.
- A .22 pump-action rifle (serial number 36600) in a hard rifle case on the floor of the master bedroom.
- A Remington rifle (serial number B8234079) chambered in .280 Rem, located in a rifle case in the master bedroom.
- A Tan Canik 9mm pistol (serial number T6472-20) on the top shelf of the master bedroom.
- A 12-gauge shotgun (serial number T111148) under a blanket on the floor of the master bedroom.
- A Taurus Judge revolver (serial number AU528836) located in the top dresser drawer of the master bedroom.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

| MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A |
|---|

| DETENTION REQUESTED <br><br> Being duly sworn, I declare that the foregoing is <br> true and correct to the best of my knowledge. <br><br> AUTHORIZED BY AUSA *R. Arellano*   *Raquel Arellano* <br> Digitally signed by RAQUEL ARELLANO <br> Date: 2026.01.06 11:22:55 -07'00' | SIGNATURE OF COMPLAINANT <br> *MaxKim* <br><br> OFFICIAL TITLE <br> FBI TFO TPD Detective Max Kim |
|---|---|
| **Sworn by telephone _x__** | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE <br> January 7, 2026 |

[1]   See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
**Page 2**

In addition to the discovery of the firearms, TPD officers found various calibers of ammunition in a tan bag on a two-drawer dresser, a 12-gauge round on the kitchen counter, Colt .45 ammunition in a kitchen drawer, three (3) Canik pistol magazines on the bedroom floor, and a soft gun case on the bedroom floor.

In a post-*Miranda* statement, **HANSEN** claimed that he was the sole keyholder for the house. He stated that his wife and three sons lived in a separate house and that they did not have a key to his residence. He also mentioned that his son was a prohibited possessor. **HANSEN** did not say the firearms collected were his son's, however. **HANSEN** said his ex-girlfriend (who previously lived with him) had guests but had her own bedroom, which was separate from his master bedroom. He claimed that he had moved her belongings out of the house by December 2, 2025, and that he had started dating his current girlfriend after that.

**HANSEN** admitted to being convicted of burglary in Wyoming and drug possession in Arizona. He was unable to provide proof that his rights had been restored following his felony convictions. When the TPD officer inquired about the presence of his DNA or fingerprints on the firearms, he explained that, since the guns were in his house, his DNA could have been inadvertently transferred to them. When asked whether his fingerprints might be on the trigger, he did not respond.

A records check revealed that in February 2003, **HANSEN** was convicted of Conspiracy to Commit Burglary in the Seventh District Court, Casper, Wyoming, case number 15683-B. Officers also learned that in January 2018, **HANSEN** was convicted of a Dangerous Drug Violation in Arizona Superior Court, Pima County, Tucson, Arizona case number CR20173491-001 for which he was sentenced to 1 year and 3 months prison. HANSEN has not had his rights restored.

An ATF interstate nexus expert performed a preliminary interstate nexus determination of all the firearms seized from **HANSEN's** residence and determined that they were not manufactured in the state of Arizona and thus traveled in interstate and/or foreign commerce.